759 A.2d 1219

IN THE MATTER OF STEVEN T. SELTZER,
AN ATTORNEY AT LAW.

October 17, 2000.

## ORDER

**STEVEN T. SELTZER** of **BRIARCLIFF MANOR, NEW YORK,** who was admitted to the bar of this State in 1985, having pleaded guilty to three counts of mail fraud (18 *U.S.C.A.* § 1341) and one count of conspiracy to defraud the United States and the Internal Revenue Service (18 *U.S.C.A.* §§ 371 and 3551), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **STEVEN T. SELTZER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **STEVEN T. SELTZER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **STEVEN T. SELTZER** comply with *Rule* 1:20–20 dealing with suspended attorneys.